

IN THE
TENTH COURT OF APPEALS

No. 10-19-00133-CR

MIGUEL ARCIBA,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 40th District Court
Ellis County, Texas
Trial Court No. 31884CR

## MEMORANDUM  OPINION

Miguel Arciba appealed the trial court's denial of Arciba's motion for post-conviction DNA testing.  After reviewing the clerk's record, Arciba concluded that he could not locate any errors for review by this Court and has filed a motion to dismiss his appeal.  The motion is signed by Arciba.

Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Neill
Appeal dismissed
Opinion delivered and filed January 15, 2020
Do not publish
[CR25]

